# United States Court of Appeals for the Federal Circuit

---

**SEAN A. RAVIN,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2022-2104

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-8608, Judge Michael P. Allen.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**DISMISSED**

FOR THE COURT

July 18, 2024
Date

Jarrett B. Perlow
Clerk of Court