# United States Court of Appeals for the Federal Circuit

---

July 22, 2024

**ERRATUM**

---

Appeal No. 2022-2104

**SEAN A. RAVIN,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

Decided: July 18, 2024
Precedential Opinion

---

Please make the following change:

On page 6, line 4, please replace "35 U.S.C. § 7292" with "38 U.S.C. § 7292"